# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

Marcy Ellis and Greg Ellis, husband and wife
Plaintiff

v.

Albertsons Companies, Inc., et al.
Defendant

3:25-cv-00815
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 7.1,

Albertsons Companies, Inc., and counsel for Albertsons Companies, Inc., John P. Wolff, III, Tori S. Bowling and Brandi A. Barze

provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

*Please separate names with a comma and do not add address information. Only text visible within box will print.*

Albertsons Companies, Inc.


JOHN P. WOLFF, III (#14504)
TORI S. BOWLING (#30058)
BRANDI A. BARZE (#38488)
KEOGH, COX & WILSON, LTD.
701 Main Street 70802
Post Office Box 1151
Baton Rouge, Louisiana 70821
Telephone: (225) 383-3796
Facsimile: (225) 343-9612
Email:  jwolff@keoghcox.com
         tbowling@keoghcox.com
         bbarze@keoghcox.com
Attorneys for Defendants

Tori S. Bowling (#30058)

Attorney Name and Bar Number

**NOTE:**  To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.